# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

**FILED**
11/21/2023
**Clerk, U.S. District Court**
**Western District of Texas**

By: _____ **FM** _____
**Deputy**

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § CASE NUMBER: EP:23-M -03661(1) - MAT |
| vs. | § USM Number: |
| | § |
| (1) MIGUEL ANGEL COLINA-CASERES | § |
| Defendant. | |

### JUDGMENT IN A CRIMINAL CASE
### (For A Petty Offense) - Short Form

The defendant, Miguel Angel Colina-Caseres, was represented by counsel, Sara E. Priddy.

The defendant pled guilty to the complaint on November 21, 2023. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325(a)(1) | IMPROPER ENTRY BY AN ALIEN | November 07, 2023 |

As pronounced on November 21, 2023, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served.** The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

Signed this the 21st day of November, 2023.

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

# MISDEMEANOR ARRAIGNMENT/PLEA AND SENTENCING
## UNITED STATES MAGISTRATE JUDGE, MIGUEL A. TORRES
## WESTERN DISTRICT OF TEXAS
## EL PASO - DIVISION

**DATE :** 11/21/2023                            **AUSA :** Micaela Glass

**CASE # :** EP:23-M -03661(1)MAT          **CRD :** Fidel Morales

**TIME :** _0_ Minutes: 2:22 pm - 2:56 pm       **INTERPRETER:** YES - Spanish - B. Espinosa

ELECTRONIC RECORDING

**Defendant's Name :**                        **Attorney for Defendant :**

**#1   Miguel Angel Colina-Caseres**       **#1   [CJA] Sara E. Priddy**

| PROCEEDINGS | DFT NO. : | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|
| [X] Misdemeanor arraignment held<br>Defendant appears with counsel | | [X] | [ ] | [ ] | [ ] |
| [ ] Misdemeanor arraignment continued: _____ | | [ ] | [ ] | [ ] | [ ] |
| [X] Defendant entered plea of GUILTY    COMPLAINT | | [X] | [ ] | [ ] | [ ] |
| [ ] Defendant entered plea of NOT GUILTY | | [ ] | [ ] | [ ] | [ ] |
| [ ] Bench trial set _____ | | [ ] | [ ] | [ ] | [ ] |
| [X] ORAL/Consent to Magistrate jurisdiction | | [X] | [ ] | [ ] | [ ] |
| [X] Court accepts guilty plea | | [X] | [ ] | [ ] | [ ] |
| [X] Sentencing held | | [X] | [ ] | [ ] | [ ] |

     (1)      term of imprisonment:   Time served

     (2)      term of probation :   -0-

     (3)      fine:      $-0-

     (4)      special assessment :   $10.00      REMITTED [X]   NOT REMITTED [ ]

| | | | | | |
|---|---|---|---|---|---|
| [ ] Sentencing set: _____ | | [ ] | [ ] | [ ] | [ ] |
| [X] Judgment and commitment entered | | [X] | [ ] | [ ] | [ ] |
| [ ] Felony complaint dismissed | | [ ] | [ ] | [ ] | [ ] |

**OTHER :**   Oral waiver of detention. Oral motion by the government to remit $10.00 S/A. Oral order granting motion by the court.